# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

January 19, 2023

Lyle W. Cayce
Clerk

————————

No. 21-40256
Summary Calendar

————————

United States of America,

*Plaintiff—Appellee*,

*versus*

Chance Wallace,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:15-CR-1101-1

_____

Before Higginbotham, Graves, and Ho, *Circuit Judges.*

Per Curiam:[*]

The attorney appointed to represent Chance Wallace has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Wallace has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Wallace's response. We concur with counsel's assessment that the appeal presents no

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.

We note, however, that there is a clerical error in the written judgment.  As a condition of supervised release, the district court ordered that Wallace "not reside, work, access, or loiter within [500] yards of school yards, playgrounds, arcades, or other places primarily used by children under the age of 18 or where children may frequently congregate unless approved in writing in advance by the United States Probation Officer."  The written judgment misstates the distance involved as 500 "feet."  Accordingly, we REMAND for correction of the clerical error in the written judgment in accordance with Federal Rule of Criminal Procedure 36.